# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JORGE RODRIGUEZ** and **LUIS RODRIGUEZ,**
Appellants,

v.

**JUAN RODRIGUEZ, KETTY LOPEZ, LOLA LIVELLI,
MANUEL RODRIGUEZ,** and **BLANCA COVELLI,**
Appellees.

No. 4D21-1806

[March 17, 2022]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol-Lisa Phillips, Judge; L.T. Case No. 062019CA024427AXXXCE.

Jorge Rodriguez, Pompano Beach, pro se, and Luis Rodriguez, Pompano Beach, pro se.

Michael R. Tolley of Tolley & Tolley, P.A., Coral Gables, for appellees.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GERBER and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***